UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                            Case No. 18-14679-JKO

STAMATIKE GLARENTZOS                              Chapter  11

      Debtor
_____/

**MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY**
**[Real Property Located at 932 N Northlake Drive, Hollywood FL 33019]**

**IMPORTANT NOTICE TO CREDITOR:
THIS IS A MOTION TO VALUE YOUR COLLATERAL AND BIFURCATE YOUR CLAIM**

COME NOW Debtor and Debtor In Possession, STAMATIKE GLARENTZOS, by and through undersigned counsel, hereby files this Motion to Value and Determine Secured Status of Lien on Real Property, and as grounds thereof would show unto the Court the following:

1.     This case was commenced by the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code on April 20, 2018.

2.     Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule 3012-1, the debtor seeks to value real property securing the claim of **CIT BANK, N.A., FKA ONEWEST BANK, N.A., FKA ONEWEST BANK, FSB** (the "Lender"). Lender holds a mortgage recorded at OR Book   34907  Page    1611   in the official records of BROWARD  County, Florida.

3.     The real property is located at 932 N Northlake Drive, Hollywood FL 33019, and is more particularly described as follows:

SEE EXHIBIT "A" ATTACHED HERETO

4. At the time of the filing of this case, the value of the real property is $950,000.00 (Nine Hundred and Fifty Thousand Dollars and Zero Cents) as determined by Uniform Residential Appraisal Dated April 20, 2018.  *See* Exhibit "B," a copy of the foregoing appraisal (without the addendums which are available upon request to undersigned counsel).

5. There are no parties that hold liens on the real property, senior to priority to Lender.

6. Lender's collateral is not the debtor's principal residence.  Since there are no claims secured by liens senior to that of Lender, there is equity of $950,000.00 in the real property. Accordingly, the value of Lender's secured interest in the real property is $950,000.00 and the value of the Lender's unsecured, deficiency claim is $0.00.  The deficiency claim is $0.00 based on the Consent Final Judgment of Mortgage Foreclosure dated 8/21/2014 and recorded at OR BK 51035 PG 1091 in the Official Records of Broward County Florida, which provides that Lender will not seek a deficiency against the Debtor.

7. The undersigned reviewed the docket and claims register and states that Lender has not filed a proof of claim in this case.  Payments shall not be disbursed to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim to the extent provided in paragraph 6, above, and as a general unsecured claim for any deficiency, also as provided above in paragraph 6, regardless of the original classification in the proof of claim as filed.

8. The undersigned acknowledges that this Motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3012-1 and

that a certificate of service must be filed when the Motion and notice of hearing thereon are served.

WHEREFORE, the debtor respectfully requests an order of the Court (a) determining the value of the real property in the amount asserted in this Motion, (b) determining the secured status of the Lender's lien as stated above, (c) determining that any timely filed proof of claim is classified as stated above, (d) since Lender's secured interest in the real property is $950,000.00, deeming Lender's mortgage on the real property to secure such lesser amount (reduced further by payments made during the course of this chapter 11 case), without further order of the Court, and (e) providing such other and further relief as is just.

        **KIEM LAW, PLLC**
        Attorney for Debtor In Possession
        8461 Lake Worth Road, Suite 114
        Lake Worth, Florida 33467
        Telephone: 561-600-0406
        Facsimile:  561-763-7355
        Email: tarek@kiemlaw.com

        By:  /s/ Tarek K. Kiem
             Tarek K. Kiem
             Florida Bar No 0637041

Dated: May 9, 2018

# EXHIBIT "A"

Lot Seven (7) less the north 30 ft. thereof deeded for street right-of-way, Block Sixty-Six (66), HOLLYWOOD LAKES SECTION, Plat Book 1, Page 32, of the Public Records of Broward County, Florida, and also all that parcel of land described and bounded as follows: Being a part of Pierce Street and part of Block Seventy (70) of Hollywood Lakes Section, bounded on the north by the So. line of said Lot Seven (7), on the So. by Block Seventy One (71), otherwise described as NORTH LAKE of said HOLLYWOOD LAKES SECTION, on the East by the East line of said Lot Seven (7), extended in a southerly direction and on the West by the West line of said Lot Seven (7) extended in a southerly direction as shown on the plat of HOLLYWOOD LAKES SECTION, being All that parcel of land lying south of said Lot Seven (7) extending to said North Lake.

# APPRAISAL REPORT

# OF



932 N Northlake Drive
Hollywood, FL 33019

## PREPARED FOR

Glarentzos, Matina

## AS OF

04/20/2018

## PREPARED BY

Sol Appraisals
2201 NE 35th Street
Lighthouse Point, FL 33064

Main File No. 20 Appraisal  
File No. 042018GLA

# Uniform Residential Appraisal Report

The purpose of this appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT
| Field | Value |
|---|---|
| Property Address | 932 N Northlake Drive |
| City | Hollywood |
| State | FL |
| Zip Code | 33019 |
| Borrower | Glarentzos, Matina |
| Owner of Public Record | Glarentzos, Matina |
| County | Broward |
| Legal Description | Hollywood Lakes Section 1-32 B Lot 7 Less N 30 For St, Tr Of Land Lying S Of Lot 7, Bet Lot 7 & Lake Blk 66 |
| Assessor's Parcel # | 51-42-14-02-3150 |
| Tax Year | 2017 |
| R.E. Taxes $ | 11,266.00 |
| Neighborhood Name | Hollywood Lakes |
| Map Reference | 51-42-14 |
| Census Tract | 0902.00 |
| Occupant | [X] Owner  [ ] Tenant  [ ] Vacant |
| Special Assessments $ | |
| [ ] PUD  HOA $ | 0  [ ] per year  [ ] per month |
| Property Rights Appraised | [X] Fee Simple  [ ] Leasehold  [ ] Other (describe) |
| Assignment Type | [ ] Purchase Transaction  [ ] Refinance Transaction  [X] Other (describe) To determine the subject's current estimated market value. |
| Lender/Client | Glarentzos, Matina |
| Address | |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  [ ] Yes  [X] No
Report data source(s) used, offerings price(s), and date(s).  The subject property has not been listed in the MLS or under contract in the past 12 months as per ISC, Realquest or MLS.

## CONTRACT
I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ _____  Date of Contract _____  Is the property seller the owner of public record? [ ] Yes [ ] No  Data Source(s) _____
Is there any financial assistance (loan charges, sale concessions, gift or down payment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD
Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location: [ ] Urban [X] Suburban [ ] Rural | Property Values: [ ] Increasing [X] Stable [ ] Declining | PRICE $(000) / AGE (yrs) | One-Unit 80 % |
| Built-Up: [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply: [ ] Shortage [X] In Balance [ ] Over Supply | 711 Low 7 | 2-4 Unit 5 % |
| Growth: [ ] Rapid [X] Stable [ ] Slow | Marketing Time: [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | 3,600 High 71 | Multi-Family 5 % |
| | | 950 Pred. 44 | Commercial 5 % |
| | | | Other vacnt 5 % |

Neighborhood Boundaries: The subject property is located North of E Hallandale Beach Boulevard; South of Sheridan Street; East of N Federal Highway and West of the Intracoastal Waterways.

Neighborhood Description: The subject property is located within an established neighborhood. It is within close proximity to community services including schools, transportation, parks shopping and places of worship. Fire and police protection are adequate. Neighborhood appeal is positive.

Market Conditions (including support for the above conclusions): General market conditions have been slowly declining with an oversupply of properties currently available. Loan discounts, interest buydowns and concessions by sellers are not uncommon. Conventional mortgages are the most commonly used.

## SITE
| Field | Value |
|---|---|
| Dimensions | Site survey not available |
| Area | 11,704 SQFT. +/- |
| Shape | Rectangular |
| View | Lake/Intracoastal |
| Specific Zoning Classification | RS-9 |
| Zoning Description | Single Family District |
| Zoning Compliance | [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe) |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No  If No, describe.

Utilities:
| Utility | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements--Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | FP&L | Water | [X] | Municipal | Street Asphalt | [X] | |
| Gas | | None | Sanitary Sewer | [X] | Municipal | Alley None | | |

FEMA Special Flood Hazard Area [X] Yes [ ] No  FEMA Flood Zone AE  FEMA Map # 12011C0588H  FEMA Map Date 08/18/2014
Are the utilities and/or off-site improvements typical for the market area? [X] Yes [ ] No  If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No  If Yes, describe.

## IMPROVEMENTS

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [X] Concrete Slab  [ ] Crawl Space | Foundation Walls Concrete/Fair | Floors Tile/Carpet/Fair |
| # of Stories 2.00 | [ ] Full Basement  [ ] Partial Basement | Exterior Walls CBS/Stucco/Fair | Walls Drywall/Fair |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area _____ sq.ft. | Roof Surface Shingle/Fair | Trim/Finish Wood/Fair |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish _____ % | Gutters & Downspouts Aluminum/Fair | Bath Floor Tile/Fair |
| Design (Style) 2Story | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type Sliders/Fair | Bath Wainscot Tile/Fair |
| Year Built 1973 | Evidence of [ ] Infestation 0 | Storm Sash/Insulated Aluminum/Fair | Car Storage [ ] None |
| Effective Age (Yrs) 45 Years | [X] Dampness [ ] Settlement | Screens Mesh/Fair | [X] Driveway  # of Cars 4 |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities  Woodstove(s) # | Driveway Surface Stamp Concrete |
| [ ] Drop Stair [ ] Stairs | Other 0  Fuel Electric | [ ] Fireplace(s) #  [X] Fence Wood | [ ] Garage  # of Cars |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck Cov.  [X] Porch Covered | [ ] Carport  # of Cars |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other None | [X] Pool Open  [ ] Other | [ ] Att. [ ] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [X] Washer/Dryer [ ] Other (describe)
Finished area above grade contains: 10 Rooms  5 Bedrooms  4.1 Bath(s)  3,951 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.) Standard energy efficient items.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). The subject property is in fair condition with the need of major repairs. The appraiser observed ext/int walls and concrete cracks, bowing of exterior walls and seawall and signs of moisture in interior areas of the home (See Photos). These issues may affect the integrity of the structure of the home and should be attended to immediately. The appraiser observed that the pool's water was empty due to a leak. The appraiser recommends a licensed plumber, pool contractor, roof contractor and a structural engineer to inspect/repairs these issues. These issues will be weighed in the appraiser's opinion of the subject's overall condition and market value.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [X] Yes [ ] No  If Yes, describe.
See above statements and photos.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [ ] Yes [X] No  If No, describe. The subject is in below average condition when compared to the neighboring homes.

Sales Comparison Approach    File No. 042018GLA

# Uniform Residential Appraisal Report

There are 17 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 889,000 to $ 4,500,000.
There are 9 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 711,000 to $ 3,600,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 932 N Northlake Drive Hollywood, FL 33019 | 1044 N Northlake Drive Hollywood, FL 33019 | | 850 Washington Street Hollywood, FL 33019 | | 759 N Northlake Drive Hollywood, FL 33019 | |
| Proximity to Subject | | 0.17 miles W | | 0.86 miles S | | 0.28 miles NE | |
| Sale Price | $ | $ 995,000 | | $ 950,000 | | $ 1,100,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 345.61 sq. ft. | | $ 367.22 sq. ft. | | $ 469.68 sq. ft. | |
| Data Source(s) | Inspection | Exterior Inspection | | Exterior Inspection | | Exterior Inspection | |
| Verification Source(s) | | ISC/MLS/Tax/Agent | | ISC/MLS/Tax/Agent | | ISC/MLS/Tax/Agent | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | Other | 0 | Conv Mtg | 0 | Cash | 0 |
| Concessions | | None Noted | 0 | None Noted | 0 | None Noted | 0 |
| Date of Sale/Time | | 06/2017 | 0 | 06/2017 | 0 | 02/2018 | 0 |
| Location | Lake/Intracoastal | Lake/Intracoastal | | Sm Canal | +150,000 | Lake/Intracoastal | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 11,704 SQFT. +/- | 17,564 SQFT. +/- | 0 | 11,995 SQFT. +/- | 0 | 7,126 SQFT. +/- | 0 |
| View | Lake/Intracoastal | Lake/Intracoastal | | Canal | 0 | Lake/Intracoastal | 0 |
| Design (Style) | 2Story | 1Story | 0 | 1Story | 0 | 1Story | 0 |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 44 Years | 59 Years | 0 | 47 Years | 0 | 46 Years | 0 |
| Condition | Fair | Good | -200,000 | Average-Good | -150,000 | Good | -200,000 |
| Above Grade Room Count | Total 10 Bdrms 5 Baths 4.1 | Total 9 Bdrms 4 Baths 4.0 | 0 +2,500 | Total 8 Bdrms 3 Baths 3.0 | 0 +7,500 | Total 9 Bdrms 4 Baths 3.0 | 0 +7,500 |
| Gross Living Area | 3,951 sq. ft. | 2,879 sq. ft. | +80,400 | 2,587 sq. ft. | +102,300 | 2,342 sq. ft. | +120,675 |
| Basement & Finished Rooms Below Grade | None None | None None | | None None | | None None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | None | 2 Car Carport | -15,000 | 1 Car Carport | -10,000 | None | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Pool | Damaged Pool | Pool | -10,000 | Pool | -10,000 | Pool | -10,000 |
| Boat Dock/Seawall | No Dock/Damaged Seawall | Boat Dock | -50,000 | Boat Dock | -50,000 | Boat Dock | -50,000 |
| Net Adjustment (Total) | | [X] - | $ -192,100 | [X] + | $ 39,800 | [X] - | $ -131,825 |
| Adjusted Sale Price of Comparables | | Net Adj: -19% Gross Adj: 36% | $ 802,900 | Net Adj: 4% Gross Adj: 51% | $ 989,800 | Net Adj: -12% Gross Adj: 35% | $ 968,175 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) ISC/Tax Records

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) ISC/Tax Records

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No Prior Sales Within 3 Years | No Prior Sales Within 1 Year | No Prior Sales Within 1 Year | No Prior Sales Within 1 Year |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Tax Roll | Tax Roll | Tax Roll | Tax Roll |
| Effective Date of Data Source(s) | 04/20/2018 | 04/20/2018 | 04/20/2018 | 04/20/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales  Any prior sales or transfer history in the last three years for the subject property is listed in the boxes above. The subject did not have any prior sales or transfers within the last 36 months of the effective date of the appraisal. The comparables did not have prior sales or transfers within the last 12 months of their current sale or the effective date of the appraisal.

Summary of Sales Comparison Approach  *See additional comments. (Page 3)

Indicated Value by Sales Comparison Approach $ 950,000
Indicated Value by: Sales Comparison Approach $ 950,000  Cost Approach (if developed) $ N/A  Income Approach (if developed) $ N/A
The sales comparison approach is deemed the most reliable indicator of value and most readily reflects current actions of buyers and sellers.
Please see attached limiting conditions.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: No warranty of the subject is given or implied. No liability is assumed for the structural of mechanical elements of the subject. The subject is "AS-IS".

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 950,000, as of 04/20/2018, which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70  March 2005                    Fannie Mae Form 1004  March 2005
Produced by ClickFORMS Software 800-622-8727        Page 2 of 21

# Uniform Residential Appraisal Report

File No. 042018GLA

**Sales Comparison Approach:**
The appraiser has conducted a search of the subject's market neighborhood for properties most similar to the subject. Several sales were found and those selected best represent the current market in the subject's neighborhood. No time adjustments were awarded since property values are towards stable within the subject's neighborhood. Sale two warranted an upward location adjustment since it is located on a small canal. The current market reflects this as inferior to the subject's wide lake/intracoastal location. All sales warranted downward adjustments for their superior condition and updates due to the subject's fair condition and inferior updates. These sales have been updated recently and free from damages. Comparables two and four warranted a downward adjustments for their superior condition due to the subject's fair condition. This sale was free from damages, but have not received recent updates. These condition adjustments includes the cost of their superior updates plus the cost to cure the damages that the subject have occurred. (Please see attached photos). Other adjustments were awarded for any differences in bathroom count, living area and any other differences that may have an affect on marketability. All four comparables were considered and given approximately equal weight to their adjusted sales when determining the subject's estimated market value. The subject's estimated market value is bracketed by the sales, before and after adjustments.

The subject is located in a FEMA flood zone. This is typical for homes that are located in South Florida due to it's topography. All of the comparables are located in similar flood zones, therefore this has no adverse affect on marketability.

## COST APPROACH TO VALUE (not required by Fannie Mae.)

Provide adequate information for the lender/client to replicate your cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)  This section was not included in the agreed scope of work.

| ESTIMATED | REPRODUCTION OR | REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ |
|---|---|---|---|---|
| Source of cost data | | | Dwelling 3,951 Sq. Ft. @ $ | =$ |
| Quality rating from cost service | Effective date of cost data | | Sq. Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | Garage/Carport Sq. Ft. @ $ | =$ |
| | | | Total Estimate of Cost-new | =$ |
| | | | Less  Physical  Functional  External | |
| | | | Depreciation | =$ ( ) |
| | | | Depreciated Cost of Improvements | =$ |
| | | | "As-is" Value of Site Improvements | =$ |
| Estimated Remaining Economic Life (HUD and VA only) | | Years | Indicated Value By Cost Approach | =$ |

## INCOME APPROACH TO VALUE (not required by Fannie Mae.)

Estimated Monthly Market Rent $         X Gross Multiplier         =$         Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowner's Association (HOA)?  Yes  No  Unit type(s)  Detached  Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases         Total number of units         Total number of units sold
Total number of units rented         Total number of units for sale         Data source(s)
Was the project created by the conversion of existing building(s) into a PUD?  Yes  No  If Yes, date of conversion.
Does the project contain any multi-dwelling units?  Yes  No  Data source.
Are the units, common elements, and recreation facilities complete?  Yes  No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowner's Association?  Yes  No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Sol Appraisals
EXTRA COMPARABLES 4-5-6

File No.  042018GLA

Borrower  Glarentzos, Matina
Property Address  932 N Northlake Drive
City  Hollywood   County  Broward   State  FL   Zip Code  33019
Lender/Client  Glarentzos, Matina   Address

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(-) $ Adjustment | COMPARABLE SALE # 5 | +(-) $ Adjustment | COMPARABLE SALE # 6 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 932 N Northlake Drive, Hollywood, FL 33019 | 743 N Northlake Drive, Hollywood, FL 33019 | | | | | |
| Proximity to Subject | | 0.31 miles NE | | | | | |
| Sale Price | $ | $ 711,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 376.79 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | Inspection | Exterior Inspection | | | | | |
| Verification Source(s) | | ISC/MLS/Tax/Agent | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | Conv Mtg | 0 | | | | |
| Concessions | | None Noted | 0 | | | | |
| Date of Sale/Time | | 06/2017 | 0 | | | | |
| Location | Lake/Intracoastal | Lake/Intracoastal | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 11,704 SQFT. +/- | 11,707 SQFT. +/- | 0 | | | | |
| View | Lake/Intracoastal | Lake/Intracoastal | | | | | |
| Design (Style) | 2Story | 1Story | 0 | | | | |
| Quality of Construction | Average | Average | | | | | |
| Actual Age | 44 Years | 45 Years | 0 | | | | |
| Condition | Fair | Average-Good | -150,000 | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | 0 | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 10   5   4.1 | 8   3   2.0 | +12,500 | | | | |
| Gross Living Area | 3,951 sq. ft. | 1,887 sq. ft. | +154,800 | sq. ft. | | sq. ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | None | None | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FWA/Central | FWA/Central | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Garage/Carport | None | 1 Car Carport | -10,000 | | | | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | | | | |
| Pool | Damaged Pool | None | +5,000 | | | | |
| Boat Dock/Seawall | No Dock/Damaged Seawall | Boat Dock | -50,000 | | | | |
| Net Adjustment (Total) | | + [X] - | $ -37,700 | + - | $ | + - | $ |
| Adjusted Sale Price of Comparables | | Net Adj: -5%  Gross Adj: 54% | $ 673,300 | Net Adj: 0%  Gross Adj: 0% | $ | Net Adj: 0%  Gross Adj: 0% | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No Prior Sales Within 3 Years | No Prior Sales Within 1 Year | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Tax Roll | Tax Roll | | |
| Effective Date of Data Source(s) | 04/20/2018 | 04/20/2018 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Summary of Sales Comparison Approach

## Uniform Residential Appraisal Report
File No. 042018GLA

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

**Uniform Residential Appraisal Report**

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Scott Eric Rubin | Name |
| Company Name  Sol Appraisals | Company Name |
| Company Address  2201 NE 35th Street | Company Address |
| Lighthouse Point, FL 33064 | |
| Telephone Number  (954) 695-3351 | Telephone Number |
| Email Address  flyytrap@netscape.net | Email Address |
| Date of Signature and Report  04/25/2018 | Date of Signature |
| Effective Date of Appraisal  04/20/2018 | State Certification # |
| State Certification #  Cert Res RD7483 | or State License # |
| or State License # | State |
| or Other (describe)             State # | Expiration Date of Certification or License |
| State  FL | |
| Expiration Date of Certification or License  11/30/2018 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 932 N Northlake Drive | Date of Inspection |
| Hollywood , FL 33019 | ☐ Did inspect interior and exterior of subject property |
| | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 950,000 | |
| LENDER/CLIENT | **COMPARABLE SALES** |
| Name | ☐ Did not inspect exterior of comparable sales from street |
| Company Name  Glarentzos, Matina | ☐ Did inspect exterior of comparable sales from street |
| Company Address | Date of Inspection |
| Email Address | |

Freddie Mac Form 70  March 2005                                                                                        Fannie Mae Form 1004  March 2005

Produced by ClickFORMS Software 800-622-8727                                              Page  7  of  21