

**ORDERED in the Southern District of Florida on June 20, 2018.**

_John K. Olson, Judge_
_United States Bankruptcy Court_

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                             Case No. 18-14679-JKO

STAMATIKE GLARENTZOS                                Chapter 11

      Debtor
_____/

**<u>ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY (ECF NO. 20)</u>**
**<u>RE: 932 N NORTHLAKE DRIVE, HOLLYWOOD, FL 33019</u>**

      **THIS MATTER** having come before the Court for hearing on June 19, 2018 at 10:30AM upon the Debtor and Debtor In Possession Stamatike Glarentzos' (the "Debtor") Motion to Value and Determine Secured Status of Lien on Real Property (the "Motion")(ECF No. 20). The Court having considered the Debtor's assertions made in support of and in the Motion, without objection by any creditor, having considered the record in this case, including the complete copy of the underlying referenced appraisal report that was marked and accepted into evidence as Exhibit "A" at the foregoing hearing on the Motion and is filed at Notice of Filing (ECF No. 31), for the reasons stated on the record and being otherwise duly advised in the

premises, the Court finds as follows:

    A.    The value of the Debtor's real property (the "Real Property") located at 932 N Northlake Drive, Hollywood, Florida 33019, more particularly described as:

```
Lot Seven (7) less the north 30 ft. thereof deeded for street
right-of-way, Block Sixty-Six (66), HOLLYWOOD LAKES SECTION,
Plat Book 1, Page 32, of the Public Records of Broward County,
Florida, and also all that parcel of land described and bounded
as follows:  Being a part of Pierce Street and part of Block
Seventy (70) of Hollywood Lakes Section, bounded on the north
by the So. line of said Lot Seven (7), on the So. by Block Seventy
One (71), otherwise described as NORTH LAKE of said HOLLYWOOD
LAKES SECTION, on the East by the East line of said Lot Seven (7),
extended in a southerly direction and on the West by the West line
of said Lot Seven (7) extended in a southerly direction as shown
on the plat of HOLLYWOOD LAKES SECTION, being All that parcel of
land lying south of said Lot Seven (7) extending to said North
Lake.
```

is $950,000.00 at the time of the filing of this case.

    B.    The total of all claims secured by liens on the Real Property senior to the lien of CIT BANK, N.A., FKA ONEWEST BANK, N.A., FKA ONEWEST BANK, FSB (the "Lender") is $0.00.

    C.    The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $950,000.00 and Lender has a secured interest in the Real Property in such amount.

    D.    The Real Property is not the Debtor's principal residence.

Consequently, it is **ORDERED** as follows:

    1.    The Motion is **GRANTED**.

    2.    Lender, which holds a first mortgage recorded at OR Book   34907   Page    1611 in the official records of BROWARD County, Florida on the Real Property, has an allowed secured claim in the amount of $950,000.00, as of the bankruptcy filing date of April 20, 2018,

which shall be treated as such in any plan and disclosure statement filed in this Chapter 11 case, reduced further by payments made during the course of this Chapter 11 case without further order of the Court.

3.  The balance of the Lender's claim shall be classified as a general unsecured claim without prejudice to the Debtor's rights to object to same and without prejudice to the Debtor's rights under the Consent Final Judgment of Mortgage Foreclosure dated August 21, 2014 and recorded at OR BK 51035 PG 1091 in the Official Records of Broward County Florida, which provides that Lender will not seek a deficiency against the Debtor.

4.  Any timely filed proof of claim by the Lender or its servicer shall be classified and bifurcated pursuant to this Order regardless of the original classification in the proof of claim as filed.

5.  The Court retains jurisdiction over this matter to enter such further relief as necessary to enforce this Order.

###

Submitted by:

Tarek K. Kiem, Esq.
Attorney for the Debtor In Possession
Kiem Law, PLLC
8461 Lake Worth Road, Suite 114, Lake Worth, FL 33467
Telephone: 561-600-0406, Fax: 561-763-7355, Email: tarek@kiemlaw.com

Attorney Tarek K. Kiem shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).