UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – FORT LAUDERDALE DIVISION

CASE NO. 18-14679-JKO
CHAPTER 11

IN RE:

STAMATIKE GLARENTZOS
AKA MATINA GLARENTZOS
AKA STAMFIKA GLARENTZOS
AKA TINA GLARENTZOS
    Debtor(s)
_____/

### CIT BANK, N.A'S RESPONSE TO
### DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 7 (DE-49)
(932 N Northlake Drive, Hollywood, Florida 33019)

COMES NOW, CIT Bank, N.A. f/k/a Onewest Bank, National Association., (hereinafter "Secured Creditor"), by and through its undersigned attorney, as and for its Response to the Debtors' Objection to Claim No. 7 (Docket No.49) and in support thereof states as follows:

1.     The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on July 20, 2017.

2.     Secured Creditor holds a first mortgage lien on Debtors' real property, located at 932 N Northlake Drive, Hollywood, Florida 33019, by virtue of a Mortgage which is recorded in Broward County, Florida, under in Official Records Book 34907, Page 1611. Said Mortgage secures a Note in the amount of $875,000.00.

3.     The aforementioned Mortgage gives Secured Creditor a first mortgage position on the Property.

4.     On September 24, 2018, Secured Creditor filed its Proof of Claim No. 7-1, which listed pre-petition arrearages in the amount of $505,695.71 and a total secured claim in amount of $1,448,509.57 (the "Claim").

5. On September 26, 2018, the Debtor filed an Objection to Claim No. 7 of Secured Creditor (Docket No. 49) ("Objection"), asserting that the claim is filed late and that the claim does not comply with the Valuation Order entered on at Docket Entry 33 and that the claim should be reduced in total to allowed secured claim in the amount of $950,000.00.

6. By separate Motions, Secured Creditor is moving to have it's late filed claim allowed, (Motion at Docket No.57 is incorporated by reference) for cause, and seeking to set aside the related Order Granting Motion to Value and Determine Secured Status of Lien on Real Property (DE 33) by way of its Motion to Vacate the Order Granting Motion to Value and Determine Secured Status of Lien on Real Property. Secured Creditor requests that these motions to be considered as well in making a final determination as to the allowed claim amount for this creditor.

**WHEREFORE**, Secured Creditor respectfully requests that Court to enter an order continuing hearing on the Objection to Claim to allow Secured Creditor an opportunity for the Court to consider Motions to Allow Late Filed Claim or alternatively, and for such other relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By: _____
Gregg S. Ahrens, Esq., Fla. Bar No.: 352837

18-02254-Loancare

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically by CM/ECF or by U.S. Mail, first-class postage pre-paid to all parties on the attached Mailing List this 22 day of October, 2018

Stamatike Glarentzos
22 SW 11th St., #2
Dania Beach, Florida 33004

Kiem Law, Pllc
Tarek K Kiem, Esq.
Attorney for Debtor
8461 Lake Worth Road, Ste 114
Lake Worth, Florida 33467

U.S. Trustee
Office of the US Trustee
51 SW 1 Avenue, Suite 1204
Miami, Florida  33130

**all creditors on attached mailing matrix

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone:  (954) 382-3486
Telefacsimile: (954) 382-5380

By: _____
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837

18-02254-Loancare

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 18-14679-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Sep  5 12:56:55 EDT 2018 | Home Federal Bank of Hollywood<br>c/o Alexis S. Read<br>Dunn Law, P.A.<br>555 NE 15th Street, Suite 934-A<br>Miami, FL 33132-1465 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Ars Account Resolution<br>1643 NW 136th Ave Ste 1<br>Sunrise, FL  33323-2857 | CIT Bank, N.A., fka OneWest Bank FSB<br>PO Box 9013<br>Addison, TX  75001-9013 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Credit One Bank<br>ATTN: Bankruptcy<br>PO Box 98873<br>Las Vegas, NV  89193-8873 | Credit One Bank NA<br>PO Box 98875<br>Las Vegas, NV  89193-8875 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE  19850-5316 | Discover Financial<br>PO Box 3025<br>New Albany, OH  43054-3025 | Home Federal Bank of Hollywood<br>900 N Federal Hwy<br>Hallandale Beach, FL 33009-2545 |
| Home Federal Bank of Hollywood<br>PO Box 3930<br>Hallandale, FL  33008-3930 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Kahane & Associates, P.A.<br>8201 Peters Rd Ste 3000<br>Plantation, FL  33324-3292 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Syncb/Rooms to Go<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL  32896-5060 | Syncb/Rooms to Go<br>PO Box 965036<br>Orlando, FL  32896-5036 |
| Stamatike Glarentzos<br>22 SW 11th St<br># 2<br>Dania Beach, FL 33004-4223 | Tarek K Kiem<br>Kiem Law, PLLC<br>8461 Lake Worth Road<br>Suite 114<br>Lake Worth, FL 33467-2474 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
15000 Capital One Dr
Richmond, VA  23238-1119

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
 (d)Synchrony Bank                          End of Label Matrix
c/o PRA Receivables Management, LLC        Mailable recipients    22
PO Box 41021                               Bypassed recipients     1
Norfolk VA 23541-1021                      Total                  23
```