

**ORDERED in the Southern District of Florida on July 23, 2019.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

CASE NO.: 18-14679-JKO

STAMATIKE GLARENTZOS,                              Chapter 11

    Debtor.
_____/

**AGREED ORDER ON MOTION FOR FURTHER
 CONTINUATION OF DEADLINE TO MEDIATE**

This matter came before the Court on the Agreed Motion for a Further Continuation of Deadline to Mediate (DE-163) filed by CIT Bank, N.A., (Secured Creditor). Accordingly, it is

**ORDERED:**

1.    The Motion is GRANTED.

2,    The deadline to conduct mediation is extended through and including September 16, 2019.

3.    Provisions pertaining to mediation in the Court's prior orders ( DE 150 and DE155)  shall remain in effect.

4. The following pending matters will be reset for hearing, upon conclusion of the mediation, if necessary: Consideration of Debtor's Disclosure Statement (DE 42) ; CIT Bank NA's Objection to Disclosure Statement (DE 148); Debtor's Objection to Claim No. 7 of CIT Bank, N.A. (DE 49); and CIT Bank's Motion to Allow Late Claim (DE 57) and Debtor's Response (DE 85); CIT Bank's Motion to Vacate Valuation Order (DE 60) and Debtor's Response (DE 86).

###

*Submitted by:*

Gregg Ahrens, Esquire
Attorney for Secured Creditor
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 356-1672
Telefacsimile: (954) 382-5380

Gregg Ahrens, Esquire is directed to serve copies of this order on the parties listed below and to file the certificate of service of order.

**ECF MAIL**

**Stamatike Glarentzos**
22 SW 11th St., #2
Dania Beach, Florida 33004

**Susan D. Lasky, Esq**
320 SE 18 Street
Fort Lauderdale, FL 33316

**Samuel S Sorota, Esq**
801 N.E. 167 St
Suite 308
North Miami Beach, FL 33162

U.S. Trustee
Office of the US Trustee
51 SW 1 Avenue, Suite 1204
Miami, Florida 33130

**\*\*all creditors on attached mailing matrix**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 18-14679-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Thu Jun  6 11:20:00 EDT 2019 | CIT Bank, N.A. f/k/a Onewest Bank, N.A.<br>c/o Kahane and Associates, P.A.<br>8201 Peters Road Suite 3000<br>Plantation, f 33324-3292 | Home Federal Bank of Hollywood<br>c/o Alexis S. Read<br>Dunn Law, P.A.<br>555 NE 15th Street, Suite 934-A<br>Miami, FL 33132-1465 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Ars Account Resolution<br>1643 NW 136th Ave Ste 1<br>Sunrise, FL  33323-2857 |
| CIT Bank, N.A.<br>c/o LoanCare Servicing, LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | CIT Bank, N.A., fka OneWest Bank FSB<br>PO Box 9013<br>Addison, TX  75001-9013 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Credit One Bank<br>ATTN: Bankruptcy<br>PO Box 98873<br>Las Vegas, NV  89193-8873 |
| Credit One Bank NA<br>PO Box 98875<br>Las Vegas, NV  89193-8875 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE  19850-5316 |
| Discover Financial<br>PO Box 3025<br>New Albany, OH  43054-3025 | Home Federal Bank of Hollywood<br>900 N Federal Hwy<br>Hallandale Beach, FL 33009-2545 | Home Federal Bank of Hollywood<br>PO Box 3930<br>Hallandale, FL  33008-3930 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Kahane & Associates, P.A.<br>8201 Peters Rd Ste 3000<br>Plantation, FL  33324-3292 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Syncb/Rooms to Go<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL  32896-5060 | Syncb/Rooms to Go<br>PO Box 965036<br>Orlando, FL  32896-5036 | Samuel S Sorota Esq<br>801 N.E. 167 St<br>Suite 308<br>North Miami Beach, FL 33162-3729 |
| Stacy H Bressler<br>Law Office of Stacy Bressler<br>8201 Peters Road, Suite 1000<br>Plantation, FL 33324-3266 | Stamatike Glarentzos<br>22 SW 11th St<br># 2<br>Dania Beach, FL 33004-4223 | Susan D. Lasky Esq<br>320 SE 18 Street<br>Fort Lauderdale, FL 33316-2818 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One
15000 Capital One Dr
Richmond, VA  23238-1119
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Synchrony Bank                       End of Label Matrix
c/o PRA Receivables Management, LLC     Mailable recipients   26
PO Box 41021                            Bypassed recipients    1
Norfolk VA 23541-1021                   Total                 27
```