UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  CASE NO.: 18-14679-JKO
Chapter 11

STAMATIKE GLARENTZOS,
      Debtor,

_____/

### MEDIATOR'S REPORT

Pursuant to Court Order and Fla. Statutes, Ch. 44, this matter came before the undersigned Florida Supreme Court certified mediator on October 17, 2019.

1. The parties and all Counsel were present.

2. The result of the Mediation Conference is as follows:

### A FINAL AGREEMENT WAS REACHED.

Done in Miami, Miami-Dade County Florida, on October 17, 2019.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Mediation was served on all ECF recipients this 22nd day of October 2019.

Anthony A. Roca, Esq.
Supreme Court Certified Mediator
The Roca Law Firm, P.A.
6303 Blue Lagoon Drive, Suite 400
Miami, FL 33126
Tel.: (305) 771-3529
Fax: (305) 709-0585
tony@rocalaw.com

By:   /s/ Anthony A. Roca
      ANTHONY A. ROCA, ESQ.
      Mediator Number: 23849 FR